```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

JASON HOLLOWAY                                              PLAINTIFF

VS.                        CIVIL ACTION NO.  5:11-cv-143-DCB-JMR

JACQUELYN BANKS L. PERRY;
SUE BUCKHALTER; UNKNOWN WILLIAMS;
MRS. GRIFFIN; MRS. DENNIS; MRS. ROGERS;
MR. WALKER; MRS. RAMSEY; D. HOLMES;
MRS. VINES AND E. SCOTT                                    DEFENDANTS

                              <u>ORDER</u>

   This cause came on this date to be heard upon the Report and Recommendation of the Chief United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the Chief United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

   IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed without prejudice for failure to prosecute.

   A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

   SO ORDERED, this the  <u>9th</u>  day of January, 2013.


                                    <u>s/ David Bramlette</u>
                                    UNITED STATES DISTRICT JUDGE